| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher M. Arrington** | Social Security number or ITIN   **xxx–xx–6818** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter   **13**   **3/25/20** |
| Case number:   **20–08193** | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher M. Arrington | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3305 147th Street, Apt. 3A Midlothian, IL 60445 | |
| 4. | **Debtor's attorney** Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | Contact phone 847 520–8100 Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/26/20 |

**For more information, see page 2**

Debtor  **Christopher M. Arrington**                                                                Case number **20–08193**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/19/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/3/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/21/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/13/20 at 11:00 AM** , Location: **219 South Dearborn, Courtroom 682, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 20-08193-JBS
Christopher M. Arrington                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgarcial          Page 1 of 2          Date Rcvd: Mar 26, 2020
                             Form ID: 309I            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db              +Christopher M. Arrington,    3305 147th Street,,    Apt. 3A,    Midlothian, IL 60445-3657
28759172        +Comcast,    Bankruptcy Department,    PO Box 1931,    Burlingame, CA 94011-1931
28759174         Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                 Carol Stream, IL 60197-6113
28759176        +Credit Acceptance Corporation,    Attn: Bankruptcy Dept.,    25505 West 12 Mile Rd., Ste. 3000,
                 Southfield, MI 48034-8331
28759180         First Midwest Bank,    Bankruptcy Department,    PO Box 2557,    Omaha, NE 68103-2557
28759185         NCB Mangement Services Inc.,    1 Allied Drive,    Feasterville Trevose, PA 19053-6945
28761829         Ravi Ransam,    Midlothian IL 60445
28759187        +Village of Midlothian,    14801 S. Pulaski Rd.,    Midlothian, IL 60445-3499
28759188        +WOW Cable Company,    825 East 99th Street,    Chicago, IL 60628-3120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: davidsiegelbk@gmail.com Mar 27 2020 01:27:27    David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090
tr              +E-mail/Text: bncnotice@crmvaughntrustee.com Mar 27 2020 01:29:00    Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust             +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Mar 27 2020 01:28:16    Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
28759171        +E-mail/Text: bankruptcy@rentacenter.com Mar 27 2020 01:29:20    Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5491
28759173        +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 27 2020 01:29:02
                 Commonwealth Edison Company,    Bankruptcy Department,    1919 Swift Drive,
                 Oak Brook Terrace, IL 60523-1502
28759177        +EDI: CMIGROUP.COM Mar 27 2020 05:08:00    Credit Management Lp,    6080 Tennyson Parkway,
                 Plano, TX 75024-6002
28759179         EDI: DISCOVER.COM Mar 27 2020 05:09:00    Discover Bank,    Bankruptcy Department,
                 PO Box 30943,    Salt Lake City, UT 84130
28759178        +EDI: DIRECTV.COM Mar 27 2020 05:08:00    DirecTV,    PO Box 105261,    Atlanta, GA 30348-5261
28759181        +E-mail/Text: fmb.bankruptcy@firstmidwest.com Mar 27 2020 01:28:39    First Midwest Bank,
                 300 N. Hunt Club Rd.,    Bankruptcy Department,    Gurnee, IL 60031-2502
28759182         EDI: AMINFOFP.COM Mar 27 2020 05:09:00    First Premier,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
28759183        +E-mail/Text: bk@gafco.net Mar 27 2020 01:28:29    GAFCO,    205 West Wacker Drive,    Suite 322,
                 Chicago, IL 60606-1216
28759184         EDI: JEFFERSONCAP.COM Mar 27 2020 05:08:00    Jeffersncp (Jefferson Capital Syste,
                 Bankruptcy Department,    PO Box 7999,    Saint Cloud, MN 56302-9617
28759186        +EDI: SWCR.COM Mar 27 2020 05:09:00    Southwest Credit System,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
                                                                                             TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28759175         Cordia Arrington
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Christopher M. Arrington davidsiegelbk@gmail.com,
              R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net,  ecfchi@gmail.com

District/off: 0752-1          User: mgarcial             Page 2 of 2          Date Rcvd: Mar 26, 2020
                             Form ID: 309I               Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                              TOTAL: 3